UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | | CASE NO. 05-224 |
| GLENN GREEN | * | USM NO. 26259-034 |

Date of Previous Judgment: 07/12/2017          Defendant's Attorney: Samantha J. Kuhn

## ORDER FOR SENTENCE REDUCTION
## PURSUANT TO SECTION 404 OF THE FIRST STEP ACT OF 2018

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the Court for a reduction in the term of imprisonment imposed based on the modification of statutory penalties by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time the defendant's offense was committed:  Having considered such motion, and taking into account Section 404 of the First Step Act of 2018, to the extent it is applicable, and the sentencing factors from Title 18 USC 3553(a),

**IT IS ORDERED** that the motion is:

☒ GRANTED and the defendant's previously imposed sentence of imprisonment of __60 months__ as to count(s) __1, 7 (revocati__ is reduced to __36 months__.

☐ DEFERRED pending supplemental briefing and/or a hearing.

☐ DENIED after complete review of the motion on the merits.

The defendant's total term of imprisonment as to all count(s) is __36 months__.

The defendant's term of supervised release**:**

☒ REMAINS as previously ordered.

☐ is REDUCED to _____.

**COURT DETERMINATIONS OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018**

Prior Statutory Minimum:                               Amended Statutory Minimum:
Prior Guideline Range: 30 - 37 months         Amended Guideline Range: 18 - 24 months
Prior Sentence: 60 months (max revocation sentence)   Amended Sentence: 36 months (modified max)
Prior Supervised Release: n/a see Comments       Amended Supervised Release:

Comments (if applicable):

When Glenn Green's supervised release term was revoked on July 12, 2017, the Court sentenced him to be imprisoned for a term of 60 months to run concurrent with the state court sentence imposed by Orleans Parish Criminal District Court.  No additional term of supervision was imposed.  In light of Mr. Green's undisputed eligibility for a sentence reduction under Section 404 of the First Step Act, the Court reduces his revocation sentence imposed on July 12, 2017 to a term of 36 months in prison to run concurrent with the state sentence.

Except as provided above, all provisions of the judgment dated __07/12/2017__ shall remain in effect. The reduced sentence shall be effective **10 days** following the date of this order indicated below.

**IT IS SO ORDERED.**

__12/18/2020__                                                __/s/ Martin L. C. Feldman__
ORDER DATE                                                  UNITED STATES DISTRICT JUDGE